HUESTON HENNIGAN LLP
Douglas J. Dixon, State Bar No. 275389
ddixon@hueston.com
Derek R. Flores, State Bar No. 304499
dflores@hueston.com

620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640
Facsimile: (888) 775-0898

Attorneys for Defendant PacifiCorp

BERGER KAHN, A Law Corporation
Craig S. Simon, State Bar No. 78158
csimon@bergerkahn.com
Bonnie J. Bennett, State Bar No. 240313
bbennett@bergerkahn.com
Christine Forsline, State Bar No. 333451
cforsline@bergerkahn.com

1 Park Plaza, Suite 340
Irvine, CA 92614
Telephone: (949) 474-1880
Facsimile: (949) 313-51029

Attorneys for Plaintiffs Farmers Insurance Exchange, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PacifiCorp, et al., <br><br> Defendants. | Case No. 2:21-cv-00801-MCE-CKD <br><br> [Related Case No.: 2:21-cv-00848-MCE-CKD] <br><br> **JOINT STIPULATION REGARDING DISCOVERY PLAN** |

After meeting and conferring pursuant to the Court's Initial Pretrial Scheduling Order (Dkt. No. 4), Plaintiffs Farmers Insurance Exchange et al. and Defendant PacifiCorp (together, the Parties) jointly submit the following stipulation regarding the parties' obligations to submit a discovery plan and initial disclosures pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 240.

WHEREAS Plaintiffs have moved to remand this case to Sacramento Superior Court, and Defendant has opposed that motion and moved to strike Plaintiffs' reply brief or for leave to file a surreply, and both motions remain pending before the Court;

WHEREAS the Parties have each moved to amend their respective initial pleadings, and both motions remain pending before the Court;

| | |
|---|---|
| 1 | WHEREAS the Parties mutually desire to avoid the time and expense necessary to prepare a discovery plan, initial disclosures, or otherwise to begin conducting discovery in federal court in light of the pending motions; |
| 4 | WHEREAS this case is related to another pending case, *Hillman et al. v. PacifiCorp et al.*, No. 2:21-cv-00848-MCE-CKD, and also relates to a pending state court action, *Hitchcock et al. v. PacifiCorp et al.*, No. 34-2020-00290833, and the parties desire to informally coordinate discovery between the three cases to reduce costs to all parties and streamline the discovery process; |
| 8 | WHEREAS the present stipulation does not constitute an admission by either party that this case will or should remain in federal court, nor an admission that this case will or should be remanded, respectively, nor on any other issue, and both Parties reserve all rights; |
| 11 | NOW, THEREFORE, subject to the Court's approval, the Parties stipulate as follows: |

1. If the Court retains jurisdiction, the Parties shall meet and confer regarding a discovery plan within twenty-one (21) days of the Court's order resolving the motion to remand;
2. The Parties shall submit their proposed discovery plan and initial disclosures within fourteen (14) days of their discovery conference pursuant to Local Rule 240(b).

Dated: July 9, 2021

**BERGER KAHN**

By: _____
Craig Simon
*Attorneys for Plaintiffs Farmers Insurance Exchange, et al.*

Dated: July 9, 2021

**HUESTON HENNIGAN LLP**

By: _____
Douglas J. Dixon
Derek R. Flores
*Attorneys for Defendant PacifiCorp*

IT IS SO ORDERED.

Dated: July 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE