| | |
|---|---|
| 1 | **BARON & BUDD, P.C.** |
| 2 | SCOTT SUMMY (*pro hac vice pending*)<br>(Texas Bar No. 19507500) |
| 3 | JOHN P. FISKE (SBN 249256)<br>VICTORIA E. SHERLIN (SBN 312337) |
| 4 | 11440 West Bernardo Court, Suite 265<br>San Diego, CA 92127 |
| 5 | Tel: 858.251.7424<br>Email: ssummy@baronbudd.com |
| 6 |       jfiske@baronbudd.com<br>      tsherlin@baronbudd.com |
| 7 | **DIXON DIAB & CHAMBERS LLP** |
| 8 | ED DIAB (SBN 262319)<br>DEBORAH S. DIXON (SBN 248965) |
| 9 | ROBERT J. CHAMBERS II (SBN 244688)<br>501 W. Broadway, Suite 800 |
| 10 | San Diego, CA  92101<br>Tel: 619.354.2662 |
| 11 | Email: diab@theddcfirm.com<br>      ddixon@theddcfirm.com |
| 12 |       rob@theddcfirm.com |
| 13 | *Attorneys for Amicus Curiae Siskiyou County* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | | |
| 18 | FARMERS INSURANCE EXCHANGE, et al., | No. 2:21-cv-00801-MCE-CKD |
| 19 | Plaintiffs, | **ORDER GRANTING SISKIYOU COUNTY'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PACIFICORP'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| 20 | v. | |
| 21 | PACIFICORP, et al., | |
| 22 | Defendants. | |
| 23 | | Judge:    Hon. Morrison C. England, Jr.<br>Date:     September 9, 2021 |
| 24 | | Time:     2:00 p.m.<br>Courtroom:   7 |

28  It is hereby ORDERED that Siskiyou County's Motion for Leave to File an Amicus

ORDER

Curiae Brief In Support of Plaintiffs' Farmers Insurance Exchange et al.'s Opposition to Defendant PacifiCorp's Motion for Judgment on the Pleadings is **GRANTED**. Not later than five (5) days following the date this Order is filed, Siskiyou County is directed to file its brief on the Court's docket.

IT IS SO ORDERED.

Dated: August 12, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE